TRAVIS v. GRANT, administrator, et al.

ATKINSON, J. This case comes within the general rule that the first grant of a new trial will not be disturbed where the verdict was not demanded by the evidence.　　　*Judgment affirmed. All the Justices concur.*
MAY 15, 1917.

Equitable petition. Before Judge Jones. Habersham superior court. February 3, 1916.

*J. C. Edwards & Sons,* for plaintiff.

*J. J. & Sam. Kimzey* and *W. A. Charters,* for defendants.

---

ANDERSON v. McMILLAN et al.

ATKINSON, J. 1. It is proper for the judge to direct a verdict only where the evidence is without conflict, and that introduced, with all reasonable deductions and inferences therefrom, demands a particular verdict. Civil Code, § 5526. The evidence being conflicting upon material issues in the case, it was error to direct the verdict.

2. All other grounds of the motion for new trial are without merit.
*Judgment reversed. All the Justices concur.*
MAY 15, 1917.

Complaint for land. Before Judge Jones. Habersham superior court. June 16, 1916.

*J. C. Edwards & Sons,* for plaintiff.

*I. H. Sutton* and *McMillan & Erwin,* for defendants.